UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONAS ESCOBAR-ALFARO,<br>Defendant. | Case No. 18-cr-00054-EJD-1 (VKD)<br><br>**DETENTION ORDER** |

The United States moved for detention of defendant Jonas Escobar-Alfaro, on the grounds that Mr. Escobar-Alfaro poses a danger to others and the community and poses a risk of non-appearance. The Court held a hearing on the government's motion on January 2, 2019. Mr. Escobar-Alfaro was present at the hearing and represented by counsel.

For the reasons stated on the record during the hearing, the Court finds that the government has shown by a preponderance of the evidence that there are no conditions or combination of conditions of release that would reasonably assure the appearance of Mr. Escobar-Alfaro as required. Counsel for the United States and for Mr. Escobar-Alfaro have waived written findings of fact and a written statement of the reasons for detention.

Accordingly, Mr. Escobar-Alfaro is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Escobar-Alfaro shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the government, the person in charge of the corrections facility shall deliver Mr. Escobar-Alfaro to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: January 3, 2019

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge