ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

STEPHEN J. MEYER (CABN 263954)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5081
stephen.meyer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONAS ESCOBAR-ALFARO,<br>Defendant. | NO. 5:18-CR-00054-EJD<br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Jonas Escobar-Alfaro.

DATED: May 5, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*Thomas A. Colthurst*

THOMAS A. COLTHURST
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Jonas Escobar-Alfaro.

Date: May 8, 2023

HON. EDWARD J. DAVILA
United States District Judge